UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN ALLEN
        Plaintiff(s)

v.                                CIVIL ACTION NO .99-10960-GAO

CAPE FEAR, INC.
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

    O'TOOLE    , D.J.

**X**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**G**    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

The jury awards the plaintiff, Susan Allen, as personal representative of the estate of Steven M. Reeves $600,000.00 for Conscious Pain and Suffering, less 10% for Steven Reeves contributory negligence, for a total amount of $540,000.00.  The jury finds that the estate of Steven Reeves is entitled to pre-judgment interest at a rate of 6% from January 8, 1999 for a total pre-judgment interest of $167,670.00.  The jury also awards the plaintiff in the amount of $40,343.00 for loss of support to Tyler Reeves and is also entitled to pre-judgment interest at a rate of 6% from January 8, 1999 for a total pre-judgment interest of $12,527.90.  This brings the total amount of the judgment to $760,540.90.

TONY ANASTAS,
CLERK OF COURT

Dated:  3/11/04                              By   Paul S. Lyness
                                                                     Deputy Clerk

NOTE:  The post judgment interest rate effective this date is  1.22      %.

(Jgt in civil case 2  Ca 99-10960.wpd - 11/98)
    [jgm.]