UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN ALLEN, as Personal Representative of the ESTATE OF STEVEN M. REEVES<br>    Plaintiff<br><br>V.<br><br>CAPE FEAR, INC.<br>    Defendant | Civil Action<br><br>No. 99-CV-10960-GAO |
| DENNIS MARTIN, as Personal Representative of the ESTATE OF PAUL F. MARTIN,<br>    Plaintiff<br><br>V.<br>CAPE FEAR, INC.<br><br>    Defendant | Civil Action<br><br>No. 99-CV-10944-GAO |

**PLAINTIFFS DENNIS MARTIN AND SUSAN ALLEN'S BILL OF COSTS**

Now comes the Plaintiffs, Dennis Martin and Susan Allen in the above-entitled matter and by and through their attorneys submits Plaintiff's Bill of Cost pursuant to F.R.Civ.P. 54(d)

1.   Depositions of Warren Alexander, James Haley, Joseph LeMieux, Robyn Lima, Dennis Martin, Kim LaPlante, Mary Martin, Anthony Martin, Donna Reid, Robin Lima, Susan Allen, Helen Best, Alan Steinman, Dana Hewins, Dr. Michael Jacobs, David Dubois, video taped James Haley, video taped Capt. Steve Novack, Capt. Folsom

$7,769.87

1

| | | |
|---|---|---|
| 3. | Transcripts from U.S. Coast Guard Hearings | $2,199.75 |
| 4. | Transcripts from the Limitation of Liability proceeding | $1,689.01 |
| 5. | Service & Witness Fee of Haley and Novack | $ 350.25 |
| 6. | Filing Fee | $ 300.00 |
| 7. | Dr. Alan Steinman, airfare<br>S*ee* Holmes v. Cessna Aircraft Comp.,<br>11 F.3d 63, 65 (5th Cir. 1994), Templeman v. Chris Craft<br>Corp., 770 F.2d 245 (1st Cir. 1985) | |
| | | $977.20 |
| | Total Expenses | $13,286.08 |

WHEREFORE, the Plaintiffs respectfully requests that this Honorable Court enter expenses in the amount of $13,286.08.

    Respectfully submitted for the
the Plaintiffs, SUSAN ALLEN,
and DENNIS MARTIN,
by their attorneys,

/s/_____
/s/ Carolyn M. Latti
BBO #567-394
David F. Anderson
BBO#560-994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

DATED: MARCH 25, 2004

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon, Thomas Muzyka, Esq. of Clinton & Muzyka, P.C., the attorney of record for the Defendant by first class mail on March 25, 2004.

_____
/s/ Carolyn M. Latti